Robert L. Esensten (SBN 65728)
resensten@esenstenlaw.com
Randi R. Geffner (SBN 116574)
rgeffner@esenstenlaw.com
ESENSTEN LAW
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Telephone:  310-273-3090
Facsimile:  310-2078-5969

Attorneys for Plaintiffs


Ginger Pigott (SBN CA 162908)
Richard Tabura (SBN CA 298677)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
pigottg@gtlaw.com
taburar@gtlaw.com

Attorneys for Defendant DEVA CONCEPTS, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA BATES, EMINA ABDAGIC, GABRIELLA AGUILERA, YAZMIN ALI, TERRA ANGLIN, ASHLEY ARACENA, ROBYN ARLAN, TRACI BATES, ELIZABETH BRUSS, LUCY ANN BURKE, CHRISTINA CALA, YENNIFER CAMPOS, SUSAN CHEYNE, MOLLY CLARK, CHLOE CORNELL, KIMBERLY COUTURE, DEAN DAMON, ESTHER EPSTEIN, MARIANA GOES, KIM GRAHAM, ROSEANNA GREGA, WENDY GREGORY, DIANA HASROUNI, NATASHA HOBSON, DONNA HUGHES, GIANNA IMBRONONE, NATALIE KIKKENBORG, RHONDA KOEHLER, KRISTINA LANE, JEANNE LASHMETT, JULIA LEHNEN, VICKIE LEWIS, JENNIFER LONGBINE, FELICIA MONTANO, NARAYANA | CASE NO.  2:20-cv-07050-JFW-SKx<br><br>[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) |

| | |
|---|---|
| 1 | MONTUFAR, MARIA GUADALUPE MORA, NICOLE MUSCARELLA, GIGI OLIVER, ELIANA PALMA, KRISTEN PEDLEY, CHRISTINA PIERRE, MICHELLE PHARES, LAUREN RACUSIN, SARAH RASHID, EMMANUEL REGISTER, MARITZA RIVERA, CARMEN ROSA, ANNYOCELI SANTIAGO, KAALAN SCHAEFFER, CANDACE STIMSON, MARYAM TEHRANIE, SUZANNE TILLOTSON, MEGAN TRAMA, JEANETTE TRAVIS, STELLA WARDA, SHIRLEY WEISS, JENNIFER WHITCOMB, JILLIE WILLIAMS, AMANDA WILSON, |
| | Plaintiffs, |
| | v. |
| | DEVA CONCEPTS, LLC, a Delaware Limited Liability Company doing business as DevaCurl, and DOES 1 through 100, inclusive, |
| | Defendant. |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Alexa Bates, *et al.* ("Plaintiffs") and Defendant Deva Concepts, LLC ("Defendant"), by and through their attorneys of record, have stipulated as follows:

1. Pursuant to FRCP Rule 41(a)(1)(A)(ii), the within action is to be voluntarily dismissed in its entirety by the Court, **without prejudice.**

2. Plaintiffs will file a new action against Defendant to assert the claims set forth in the within action, in the Southern District of New York ("SDNY").

3. With regard to the Complaint to be filed in the SDNY, Defendant will not file any motion or by any other means challenge venue or jurisdiction as to any Plaintiff in the SDNY, as the parties have stipulated that any such challenges are moot. This stipulation as to jurisdiction is except as to any Plaintiffs who as residents of the State of New York may defeat diversity jurisdiction in the SDNY.

4. With regard to the Complaint to be filed in the SDNY, the applicable statutes of limitations for each of the Plaintiffs named herein is tolled from the date of filing the within action in the Superior Court of the State of California, County of Los Angeles, July 6, 2020, to the date of re-filing in the SDNY provided such Complaint is filed in the SDNY on or before September 30, 2020.

5. With regard to the Complaint to be filed in the SDNY, with regard to any potential motion to sever by Defendant, Plaintiffs have proposed and believe that the issue of severance of any Plaintiffs should only be addressed when requested by the Court in the SDNY, such as in the context of a Trial Setting Conference of similar proceeding. Plaintiffs have requested that Defendant stipulate not to seek affirmative relief to sever any Plaintiffs, and that Defendant instead wait until such time as the Court initiates the issue of trial setting and/or appropriate trial procedures given the number of Plaintiffs involved. Defendant neither agreed nor refused to agree to this proposal.

**GOOD CAUSE APPEARING THEREFOR,** the Court enters the following Order:

1. Pursuant to FRCP Rule 41(a)(1)(A)(ii), the within action is voluntarily dismissed in its entirety, **without prejudice.**
2. With regard to the Complaint to be filed in the SDNY, Defendant shall not file any motion or by any other means challenge venue or jurisdiction as to any Plaintiff in the SDNY, except as to any Plaintiffs who as residents of the State of New York may defeat diversity jurisdiction in the SDNY.
3. With regard to the Complaint to be filed in the SDNY, the applicable statutes of limitations for each of the Plaintiffs named herein is tolled from the date of filing the within action in the Superior Court of the State of California, County of Los Angeles, July 6, 2020, to the date of re-filing in the SDNY provided such Complaint is filed in the SDNY on or before September 30, 2020.

IT IS SO ORDERED.

DATED: September 4, 2020

_____
Hon. John F. Walter
United States District Judge